**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LOVEPREET SINGH,

          Petitioner,

    v.

MARK BOWEN, et al.,

          Respondents.

Case No. EDCV 26-0486-MCS (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and Judgment is entered in favor of Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 1, 2026

_____

MARK C. SCARSI
UNITED STATES MAGISTRATE JUDGE